UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KEITH J. WILLIAMS

        Petitioner,

-v-

OHIO ADULT PAROLE
AUTHORITY

        Respondent.

Case No. C-3:08-cv-294

Judge Thomas M. Rose

Magistrate Judge Sharon L. Ovington

___

**ENTRY AND ORDER OVERRULING WILLIAMS' OBJECTIONS (Doc. #13) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #12) IN ITS ENTIRETY; DENYING WILLIAMS' MOTION FOR SUMMARY JUDGMENT; DISMISSING WILLIAMS' PETITION FOR A WRIT OF HABEAS CORPUS WITH PREJUDICE; AND TERMINATING THIS CASE**

___

This matter comes before the Court pursuant to pro se Petitioner Keith J. Williams' ("Williams'") Objections to Magistrate Judge Sharon L. Ovington's Report and Recommendations. The Report and Recommendations was entered on August 10, 2010. (Doc. #12.) On August 26, 2010, Williams filed objections. (Doc. 13.) The time has run and the Ohio Adult Parole Authority has not filed a response. Williams' Objections are, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Williams' Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

Williams' Motion for Summary Judgment is overruled. Further, Williams' Petition for a Writ of Habeas Corpus is dismissed with prejudice because it is without merit. Finally, The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Sixteenth day of September, 2010.

                                                    **s/Thomas M. Rose**

                                          _____
                                                      THOMAS M. ROSE
                                        UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Keith J. Williams at his last address of record