UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**KEITH J. WILLIAMS,**

        **Petitioner,**

-v-

**OHIO ADULT PAROLE AUTHORITY,**

        **Respondent.**

Case No. C-3:08-cv-294

Judge Thomas M. Rose

Magistrate Judge Sharon L. Ovington

---

**ENTRY AND ORDER OVERRULING WILLIAMS' OBJECTIONS (Doc. #23) TO THE MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATIONS; ADOPTING THE MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATIONS (Doc. #19) IN ITS ENTIRETY AND DENYING WILLIAMS' MOTION AND APPLICATION FOR A CERTIFICATE OF APPEALABILITY**

---

This matter comes before the Court pursuant to pro se Petitioner Keith J. Williams' ("Williams'") Objections (doc. #23) to Magistrate Judge Sharon L. Ovington's Supplemental Report and Recommendations (doc. #19) which addresses Williams' Motion and Application for Certificate of Appealability. Williams' Petition for Writ of Habeas Corpus has been denied (doc. #14) and Williams now seeks a Certificate of Appealability of that denial.

The Supplemental Report and Recommendations recommends that Williams' Motion and Application for Certificate of Appealability be denied. Williams has filed Objections to this Supplemental Report and Recommendations (doc. #23) and the time has run and the Ohio Adult Parole Authority has not responded to Williams' Objections. Thus, Williams' Objections to the Supplemental Report and Recommendations are ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court

finds that Williams' Objections to the Magistrate Judge's Supplemental Report and Recommendations are not well-taken, and they are hereby OVERRULED. Reasonable jurists could not debate that the claims Williams raised in his Petition for Writ of Habeas Corpus are meritless. Thus, the Magistrate Judge's Supplemental Report and Recommendations is adopted its entirety.

Williams' Motion and Application for Certificate of Appealability is DENIED. This case remains terminated on the docket records of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Twenty-Third Day of November, 2010.

**s/Thomas M. Rose**
_____
THOMAS M. ROSE
UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Keith J. Williams at his last address of record